IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, *et al.*, <br>                *Plaintiffs*, <br>   v. <br> JS PLUMBING & HEATING, INC., <br>                *Defendant*. | 1:25-cv-00174-MSN-WEF |

ORDER

This matter comes before the Court on the Report and Recommendation issued by Magistrate Judge William E. Fitzpatrick ("Report and Recommendation") entered on October 7, 2025. ECF 17.

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

**ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 11) is **GRANTED**; it is further

**ORDERED** that default judgment is entered against Defendant; it is further

**ORDERED** that judgment is entered against Defendant in the amount of $23,043.38 consisting of:

- Pension Fund
    - $13,547.06 in unpaid contributions to the Pension Fund for the period September 2023–December 2023, September 2024–October 2024, and

- December 2024;

  - $2,041.93 in interest to the Pension Fund for the period September 2023– December 2023 and September 2024 – December 2024;

  - $1,562.03 in liquidated damages to the Pension Fund for the period September 2023–December 2023 and September 2024–December 2024;

- Training Fund

  - $357.35 in unpaid contributions to the Training Fund for the period September 2023 – December 2023, September 2024– October 2024, and December 2024;

  - $56.18 in interest to the Training Fund for the period September 2023– December 2023 and September 2024–December 2024;

  - $80.83 in liquidated damages to the Training Fund for the period September 2023–December 2023 and September 2024–December 2024; it is further

**ORDERED** that Plaintiffs are awarded $4,698.00 in attorney's fees and $700 in costs.

It is **SO ORDERED**.

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

November 20, 2025
Alexandria, Virginia